IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| SCOTT DALE GREGORY | ) | Case No. BK-12-14830-JDL |
| | ) | Chapter: 13 |
| DEBTOR(s) | ) | |

### DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE REGULAR PAYMENTS AND BRIEF IN SUPPORT

**COMES NOW** the Debtor, by and through his attorney of record, Jeffrey E. West, in the above captioned case and in response to the Trustee's Motion to Dismiss, and in support thereof alleges and states as follows:

1. That the debtor filed his Voluntary Petition for Relief under Chapter 13 under the United States Bankruptcy Code on September 28, 2012. An Order confirming plan was entered on December 27, 2012.

2. That the Debtor has had a severe loss of income due to being hurt on the job. The debtor is attempting to pay his delinquent amount with his worker's compensation until released from medical care. However, if the Debtor is unsuccessful, he desires to file a Motion to Modify to allow him to continue in his Chapter 13 plan.

**WHEREFORE,** Debtor respectfully requests that your Honorable Court deny the Motion to Dismiss filed by the Trustee, allow the Debtor to file a Motion to Modify and if needed set this matter for hearing and order such other and further relief as is just and proper.

Dated: June 29, 2015.                                        Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Jeffrey E. West_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY E. WEST, OBA #18871
　　　　　　　　　　　　　　　　　　　　　　　　　　　　210 SE 89th St.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　OKC, OK 73149
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(405) 616-4949
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(405) 721-9503 Fax
　　　　　　　　　　　　　　　　　　　　　　　　　　　　lawwestj@yahoo.com

### CERTIFICATE OF MAILING

I certify that on the 29th day of June 2015, a true and correct copy of the above Response was electronically served using the CM/ECF system, namely: John Hardeman, Chapter 13 Trustee. Further, I certify that on the 29th day of June 2015 copies of the Response were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following at the addresses shown below:

**See Attached Matrix**
　　　 /s/ Jeffrey E. West____
　　　JEFFREY E. WEST

1

| | | |
|---|---|---|
| AFNI, INC<br>PO BOX 3517<br>BLOOMINGTON IL 61702-3517 | ALLY FINANCIAL<br>200 RENAISSANCE CTR<br>DETROIT MI 48243 | CITIBANK USA<br>CITICORP CREDIT<br>SERVICES/ATTN: CENTRALIZ<br>PO BOX 20363<br>KANSAS CITY MO 64195 |
| CITIMORTGAGE INC<br>PO BOX 9438,DEPT 0251<br>GAITHERSBURG MD 20898 | CMRE FINANCIAL SERVICES INC<br>3075 E IMPERIAL HWY<br>SUITE 200<br>BREA CA 92821 | ENHANCED RECOVERY CORP<br>ATTENTION: CLIENT SERVICES<br>8014 BAYBERRY RD<br>JACKSONVILLE FL 32256 |
| GEMB/CARE CREDIT<br>ATTN: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL GA 30076 | LOVE BEAL & NIXON<br>PO BOX 32738<br>OKLAHOMA CITY OK 73123-0938 | MIDLAND FUNDING<br>8875 AERO DR STE 200<br>SAN DIEGO CA 92123 |
| PROGRESSIVE MANAGEME<br>PO BOX 2220<br>WEST COVINA CA 91793 | TATE & KIRLIN ASSOCIATES<br>2810 SOUTHAMPTON ROAD<br>PHILADELPHIA PA 19154-1207 | VANDERBILT MORTGAGE<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 9800<br>MARYVILLE TN 37802 |